# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| Frances Gilbert,            ) | **JUDGMENT IN A CIVIL CASE** |
| )  |  |
| Plaintiff,         ) | CV 10-919-PHX-GMS |
| ) | |
| v.                 ) | |
| )  | |
| Maricopa County Juvenile Probation Dept.  ) | |
| et al.,             ) | |
| )  | |
| Defendants. | |

___  Jury Verdict.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

 X   Decision by Court.  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Court's order filed January 25, 2011, judgment is entered in favor of defendants and against plaintiff. Plaintiff to take nothing, and complaint and action are dismissed.

January 25, 2011

RICHARD H. WEARE
District Court Executive/Clerk

 s/   D. Taylor
By: Deputy Clerk

cc: (all counsel)